IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:19-CR-309 |
| | § | Judge Mazzant / Judge Johnson |
| | § | |
| MAXINE JULIETTE MITCHELL (3) | § | |

### NOTICE OF PLEA AGREEMENT

Now Comes the United States of America by and through its United States Attorney and would show the Court that the Defendant, MAXINE JULIETTE MITCHELL, and the Government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,
JOSEPH D. BROWN
UNITED STATES ATTORNEY

/s/ Matthew T. Johnson
MATTHEW T. JOHNSON
Assistant United States Attorney
600 East Taylor, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24060033
Telephone: 903/868-9454
Facsimile: 903/892-2792
Matthew.Johnson@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on this the 13th day of April, 2020, and defense counsel was notified by electronic notification.

/s/ Matthew T. Johnson
MATTHEW T. JOHNSON