| | |
|---|---|
| DATE 12/22/2020 | CASE NUMBER 4:19CR309-3 ALM/KPJ |
| LOCATION Sherman | AUSA Tom Gibson Appeared |
| JUDGE Christine Nowak | **FILED** |
| DEPUTY CLERK K. Lee | MAXINE JULIETTE MITCHELL _____ Defendant |
| COURT REPORTER Digital Recording | Mark Aronowitz _____ DEC 22 2020 Attorney |
| USPO: G. Baker | CLERK, U.S. DISTRICT COURT |
| INTERPRETER: Not Required | EASTERN DISTRICT OF TEXAS |
| BEGIN: 9:34 a.m. / 9:41 a.m. | |

☑ INITIAL APPEARANCE ON **VIOLATION OF PRETRIAL RELEASE**      **VIA VIDEOCONFERENCE**

☑ Hearing Held   ☑ Defendant sworn   ☐ Interpreter Sworn

☑ Defendant appeared: ☑ with counsel ☐ without counsel   on Violation of Pretrial Release

☑ Date of arrest   12/17/2020      ☐ other district (dist & case #) _____

☑ Dft signs Consent to Proceed by Videoconference, and defense counsel requests and authorizes Court to affix signature

☑ Dft   ☑ advised of charges / pretrial release violations
         ☐ _____

☑ Dft advises the Court that he/she ☑ has counsel who is _____ or, ☐ will hire counsel.

☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.

☐ Dft Requests appointed counsel, is sworn & examined re: financial status.

☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.

☐ _____ appointed   ☐ U.S. Pub Defender _____ appointed

☑ Govt motion for detention   ☑ Oral
☐ Dft. waived Preliminary hearing.      ☐ Preliminary Hearing requested and set _____
☐ ORAL Motion for Detention Hearing    ☑ ~~ORAL~~ ORDER setting Detention Hearing 12/28/2020 1:30 p.m.
☐ Defendant waived detention hearing.   before Judge Johnson in Plano
☑ Defendant remanded to custody of U.S. Marshal.   in person re: pretrial release violations
☐ _____

☐ Dft motion _____
☐ Gvt motion _____
☐ Dft failed to appear,   ☐ oral order for arrest warrant;   ☐ bond forfeited

CRIM 92-114       ☐ See reverse/attached for additional proceedings
Adjourn