IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| | § | CASE NUMBER 4:19-CR-00309 |
| | § | |
| v. | § | |
| | § | |
| | § | |
| | § | |
| MAXINE JULIETTE MITCHELL (3) | § | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| **Before:** U.S. Magistrate Judge Kimberly C. Priest Johnson<br>United States Federal Courthouse<br>7940 Preston Road<br>Plano, TX 75024 | **Courtroom Number:** 108 |
|---|---|
| | **Date:** Monday, December 28, 2020<br><br>**Time:** 1:30 p.m. |

**IT IS ORDERED**: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: December 22, 2020

CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE